

# Fourth Court of Appeals
## San Antonio, Texas

December 13, 2018

No. 04-18-00771-CV

Gail **GILLETTE**,
Appellant

v.

Stephen **GRAVES**,
Appellee

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CI03140
Honorable Richard Price, Judge Presiding

# O R D E R

The clerk's record in this appeal was originally due on November 19, 2018. On November 20, 2018, the trial court clerk filed a notification of late record stating that the clerk's record had not been filed because the appellant had failed to pay the fee for preparing the clerk's record. On the same day, we issued an order directing the appellant to pay the fee for preparing the clerk's record and to provide us with written proof within ten days of the date of our order. On November 30, 2018, appellant provided the clerk of this court written proof that she had paid the fee for preparing the clerk's record. To date, the clerk's record has not been filed.

Therefore, we ORDER the trial court clerk to file the clerk's record no later than **December 28, 2018**.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of December, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court